**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 03-2270

———————

GLEN T. GRIMES,

Petitioner,

versus

GLAMORGAN COAL CORP; DIRECTOR, OFFICE OF
WORKERS' COMPENSATION PROGRAMS, UNITED STATES
DEPARTMENT OF LABOR,

Respondents.

———————

On Petition for Review of an Order of the Benefits Review Board
(03-0192-BLA)

———————

Submitted: February 12, 2004       Decided:  February 20, 2004

———————

Before LUTTIG, WILLIAMS, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Glen T. Grimes, Petitioner Pro Se. Harry Ashby Dickerson, PENN,
STUART & ESKRIDGE, Abingdon, Virginia; Christian P. Barber, Timothy
S. Williams, UNITED STATES DEPARTMENT OF LABOR, Washington, D.C.,
for Respondents.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Glen T. Grimes seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C. §§ 901-945 (2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. See Grimes v. Glamorgan Coal Corp., No. 03-0192-BLA (BRB Sept. 25, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED